Filed:  July 23, 2002

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

No. 02-6212
(CR-98-282, CA-00-1192-1)

United States of America,

                              Plaintiff - Appellee,

        versus

Eric Pearson Lee,

                              Defendant - Appellant.

O R D E R

        The court amends its opinion filed April 30, 2002, as follows:

        On page 2, lines 2 and 3 of text:  The prepositional phrase is corrected to read "under 28 U.S.C.A. § 2255 (West Supp. 2001)."

                              For the Court

                              /s/ Patricia S. Connor
                                  Clerk

<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 02-6212**

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

ERIC PEARSON LEE,

                                        Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  James A. Beaty, Jr., District Judge. (CR-98-282, CA-00-1192-1)

Submitted:  April 18, 2002            Decided:  April 30, 2002

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Eric Pearson Lee, Appellant Pro Se.  Angela Hewlett Miller, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Eric Pearson Lee seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2255 (West Supp. 2001) and denying reconsideration of that order. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Lee, Nos. CR-98-282; CA-00-1192-1 (M.D.N.C. Nov. 27, 2001; Feb. 6, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

3